GOLDSMITH & HULL    File No. 104370
TAMMY K. ELBAUM (143152)
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

Attorneys for Plaintiff

FILED
CLERK, U S DISTRICT COURT
MAR - 6 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. A01-07693 | |
| Plaintiff, ) | | |
| v. ) | DEFAULT JUDGMENT | |
| TANYA L. SMITH ) AKA TANYA MULLEN ) | | |
| Defendant. ) | | |

LODGED
CLERK, U S DISTRICT COURT
FEB 2 0 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s)   TANYA L. SMITH AKA TANYA MULLEN   on ___MAR - 6 2002___ for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ.P. 55 (b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s), TANYA L. SMITH AKA TANYA MULLEN the sum of $1,458.73 principal, $1,860.56 accrued pre-judgment interest, $0.00 penalties/administrative charges, $170.00 court costs, plus $345.87 attorney fees, for a total of $3,835.16 plus

1

1. interest from February 8, 2002, at the rate of $.36 per day to date of entry of judgment.
2. Judgment to accrue interest at the legal rate until paid.

DATE: MAR -6 2002

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central   District of California

BY: _____
SHARON HALL-BROWN
DEPUTY CLERK